UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                          CASE NO. 09-40966-TLH4
                                                CHAPTER 13
JENNIFER ANN JOHANSSON


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR CALIFORNIA RECOVERY SYSTEMS, INC. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 422809 in the amount of 316.92 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

       /s/Leigh D. Hart or
       /s/William J. Miller, Jr.
         OFFICE OF THE CHAPTER 13 TRUSTEE
         POST OFFICE BOX 646
         TALLAHASSEE, FL 32302
         ldhecf@earthlink.net
         (850) 681-2734 "Telephone"
         (850) 681-3920 "Facsimile"

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| JENNIFER ANN JOHANSSON<br>11440 WEST 44TH AVE.<br>WHEAT BRIDGE, CO 80033 | CALIFORNIA RECOVERY SYSTEMS, INC.<br>5777 MADISON AVENUE, SUITE 960<br>SACRAMENTO, CA 95841 |

AND

THOMAS B. WOODWARD, ESQ.
POST OFFICE BOX 10058
TALLAHASSEE, FL 32302

on the same date as reflected on the Court's docket as the electronic filing date for this document.

       /s/Leigh D. Hart or
       /s/William J. Miller, Jr.
10/28/2011  1:25 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE