UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  CASE NO. 09-40966-TLH4
CHAPTER 13

JENNIFER ANN JOHANSSON

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR CALIFORNIA RECOVERY SYSTEMS, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 428006 in the amount of 316.92 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>OFFICE OF THE CHAPTER 13 TRUSTEE
>POST OFFICE BOX 646
>TALLAHASSEE, FL 32302
>ldhecf@earthlink.net
>(850) 681-2734 "Telephone"
>(850) 681-3920 "Facsimile"

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

JENNIFER ANN JOHANSSON
11440 WEST 44TH AVE.
WHEAT BRIDGE, CO  80033

CALIFORNIA RECOVERY SYSTEMS, INC.
5777 MADISON AVENUE, SUITE 960
SACRAMENTO, CA 95841

AND

THOMAS B. WOODWARD, ESQ.
POST OFFICE BOX 10058
TALLAHASSEE, FL 32302

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>OFFICE OF CHAPTER 13 TRUSTEE

1/31/2012  3:01 pm / CR_213