UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                         CASE NO. 09-40966-TLH4
                                               CHAPTER 13
JENNIFER ANN JOHANSSON

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR CALIFORNIA RECOVERY SYSTEMS, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 431632 in the amount of 316.91 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                    _____
                       OFFICE OF THE CHAPTER 13 TRUSTEE
                       POST OFFICE BOX 646
                       TALLAHASSEE, FL 32302
                       ldhecf@earthlink.net
                       (850) 681-2734 "Telephone"
                       (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| JENNIFER ANN JOHANSSON<br>11440 WEST 44TH AVE.<br>WHEAT BRIDGE, CO  80033 | CALIFORNIA RECOVERY SYSTEMS, INC.<br>5777 MADISON AVENUE, SUITE 960<br>SACRAMENTO, CA 95841 |

AND

THOMAS B. WOODWARD, ESQ.
POST OFFICE BOX 10058
TALLAHASSEE, FL 32302

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                                /s/Leigh D. Hart or
                                /s/William J. Miller, Jr.
3/29/2012 11:55 am / CR_213        OFFICE OF CHAPTER 13 TRUSTEE
```