## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

IN RE:

                                          CASE NO. 09-40966

        Jennifer Ann Johansson

Debtor(s)

_____ /

## MOTION TO WITHDRAW
## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

        Dilks & Knopik, LLC ("Applicant") previously applied to this court for entry of an order directing the clerk to remit the sum of $2,867.54 due to California Recovery Systems, Inc. ("Claimant").  Our Application was docketed on May 7, 2015 at Docket #86.

        We now know that the amount that we applied for is not the full total of Unclaimed Funds for California Recovery Systems, Inc.

        We respectfully request to withdraw our Application at Docket #86 so that we may refile for the full amount.

Dated: October 7, 2015

                                      Dilks & Knopik, LLC
                                      Brian J. Dilks, Managing Member
                                      35308 SE Center St,
                                      Snoqualmie, WA 98065-9216
                                      (425) 836-5728

State of Washington )
                    ) ss.
County of King      )

        Before me, **Andrew T. Drake**, a notary public for said state, on this ___7th___ day of ___October___, 20 _15_, personally appeared Brian J. Dilks, as managing member who executed the within foregoing instrument on behalf of Dilks & Knopik, LLC, and acknowledged to me that he executed the same as his free and voluntary act and deed on behalf of said limited liability company for the uses and purposes therein set forth.

_____
Notary Public
My Commission Expires: September 9, 2019

[Seal]

ANDREW T. DRAKE
COMMISSION EXPIRES
NOTARY
PUBLIC
9-09-19
STATE OF WASHINGTON