IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

IN RE:

CASE NO. 09-40966

Jennifer Ann Johansson

Debtor(s)

_____/

**GRANTED**
October 14, 2015
Date

Karen K. Specie
U.S. Bankruptcy Judge

## MOTION TO WITHDRAW
## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

Dilks & Knopik, LLC ("Applicant") previously applied to this court for entry of an order directing the clerk to remit the sum of $2,867.54 due to California Recovery Systems, Inc. ("Claimant"). Our Application was docketed on May 7, 2015 at Docket #86.

We now know that the amount that we applied for is not the full total of Unclaimed Funds for California Recovery Systems, Inc.

We respectfully request to withdraw our Application at Docket #86 so that we may refile for the full amount.

Dated: October 7, 2015

Dilks & Knopik, LLC
Brian J. Dilks, Managing Member
35308 SE Center St,
Snoqualmie, WA 98065-9216
(425) 836-5728

State of Washington )
                    ) ss.
County of King      )

Before me, **Andrew T. Drake**, a notary public for said state, on this __7th__ day of __October__, 20__15__, personally appeared Brian J. Dilks, as managing member who executed the within foregoing instrument on behalf of Dilks & Knopik, LLC, and acknowledged to me that he executed the same as his free and voluntary act and deed on behalf of said limited liability company for the uses and purposes therein set forth.

Notary Public
My Commission Expires: September 9, 2019

[Seal]
