UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

JENNIFER ANN JOHANSSON,                           CASE NO.: 09-40966-KKS

    Debtor.                                                         CHAPTER: 13
_____/

## ORDER DISAPPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. 89)

**THIS CAUSE**, having come before the Court on the Application for the Recovery of Unclaimed Funds (the "Application," Doc. 89) filed on October 9, 2015 by Dilks & Knopik, LLC, and having reviewed the file, and being otherwise fully advised in the premises;

It is **ORDERED**:

The Application for Payment of Unclaimed Funds (Doc. 89) is DISAPPROVED without prejudice for the following reason(s):

1. The Chapter 13 Trustee filed thirteen *Chapter 13 Trustee's Notice of Payment of Unclaimed Funds* (Docs. 49-55, 57-58, 60-63) listing checks issued to "CALIFORNIA RECOVERY SYSTEMS, INC."

2. The Application includes a Purchase Agreement, General Assignment, and Assignee's Bill of Sale that purport to transfer the claim of California Recovery Systems, Inc. to Dilks & Knopik, LLC. (*See* Doc. 89-1, at 1, 11, and 13.) These documents were signed by Raymond Zak as "Director" on behalf of California Recovery Systems, Inc. (See Doc. 89-1 at 9, 12-13.) No documents attached to the Application show that Raymond Zak had authority to transfer the claim of California Recovery Systems, Inc. to Dilks & Knopik, LLC, or to sign these documents on behalf of California Recovery Systems, Inc.

3. The Application states that Brian J. Dilks is a "Member" of Dilks & Knopik, LLC (Doc. 89,

1

at 1), but the Purchase Agreement and General Assignment list him as "President" (Doc. 89-1, at 9, 12).

**DONE and ORDERED** on ___December 2, 2015___.

                                    KAREN K. SPECIE
                                    U.S. Bankruptcy Judge

Copies to:
All parties in interest