IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

IN RE:

CASE NO. 09-40966

Jennifer Ann Johansson

Debtor(s)

_____ /

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

Dilks & Knopik, LLC ("Applicant") applies to this court for entry of an order directing the clerk to remit the sum of $4,667.99 due to California Recovery Systems, Inc. ("Claimant").

| | | |
|---|---|---|
| 1. | Full legal name of Claimant (if claimant is an individual, skip to #5) | Dilks & Knopik, LLC |
| 2. | Type of Entity (corporation, LLC, partnership) | LLC |
| 3. | State of Incorporation/Organization | Washington |
| 4. | Name and Title of Authorizing Officer or Representative | Brian J Dilks, Member and President |
| 5. | Current Mailing address | 35308 SE Center Street Snoqualmie, WA 98065 |
| 6. | Telephone Number | 425-836-5728 |
| 7. | SS# (last 4 digits only) or EIN# | 74-3049851 |
| 8. | Amount Being Claimed | $4,667.99 |

Applicant represents that Applicant is authorized to submit this Application and is entitled to receive the requested funds based upon: *(check the applicable statement)*

- o Applicant is the <u>original creditor</u> and owner of the funds as it appears on the records of this Court;
- X Applicant is the <u>assignee</u> of the original creditor's claim to said funds, as evidenced in the attached documentation;
- o Applicant is the original creditor's <u>successor in interest</u>, as evidenced in the attached documentation;
- o Applicant is an attorney or "<u>funds locator</u>" named in a special/limited power of attorney, which document is attached hereto, that is valid under the laws of the State of Florida, that empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant. Applicant states that the Claimant is the: *(check the applicable statement)*
  - o Original creditor and owner of the claim;
  - o Original creditor's attorney with authorization to receive said funds;
  - o Assignee of the original creditor's claim to said funds;
  - o Successor in interest of the original creditor; or
  - o Personal representative of the original creditor's estate

This Application is submitted with the necessary documents to establish (1) Applicant's authority to collect the unclaimed funds on behalf of the Claimant and (2) the Claimant's entitlement to the particular unclaimed funds. The Application was completed and submitted in accordance with the Court's instructions for filing an application for payment of unclaimed funds.

In accordance with 28 U.S.C.§2042, Applicant certifies that a copy of this Application (and all attachments) have been provided to the Office of the United States Attorney on December 2, 2015 (date), at: *(check the applicable location)*

    X  (Gainesville, Tallahassee, and Panama City Divisions)
       110 N. Adams St., 4th Floor, Tallahassee, FL 32301
    o  (Pensacola Division)
       21 E. Garden St., Ste. 400, Pensacola, FL 32502

Therefore, Applicant requests the Court enter an order directing payment of unclaimed funds described above to the Applicant, or if the Applicant is not the Claimant, to the Applicant and Claimant, in accordance with the documents submitted in support of the Application.

Under penalty of perjury, I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: December 2, 2015

                        Dilks & Knopik, LLC
                        Brian J. Dilks, Member and President
                        35308 SE Center St,
                        Snoqualmie, WA 98065-9216
                        (425) 836-5728

State of Washington )
                   ) ss.
County of King     )

Before me, <u>Andrew T. Drake</u>, a notary public for said state, on this <u>2nd</u> day of <u>December</u>, 20<u>15</u>, personally appeared <u>Brian J. Dilks</u>, as <u>Member and President</u> who executed the within foregoing instrument on behalf of <u>Dilks & Knopik, LLC</u>, and acknowledged to me that he executed the same as his free and voluntary act and deed on behalf of said <u>limited liability company</u> for the uses and purposes therein set forth.

_____                           [Seal]
Notary Public
My Commission Expires: September 9, 2019



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

IN RE:

CASE NO. 09-40966

Jennifer Ann Johansson

Debtor(s)

_____ /

AFFIDAVIT OF CLAIMANT

I, Brian J. Dilks, the undersigned duly authorized representative for the claimant as identified in paragraph (2), declare as follows:

1. I, Brian J. Dilks of Dilks & Knopik, LLC, [*Claimant or authorized representative of Claimant that has been granted a power of attorney to submit for claimant as indicated in the attached power of attorney*] am seeking payment of $$4,667.99 held in the registry of the court.

2. My name, position with company [*if applicable*], address and telephone number are as follows:

   Dilks & Knopik, LLC
   Brian J. Dilks, Member and President
   35308 SE Center St
   Snoqualmie, WA 98065-9216
   (425) 836-5728

3. Copies of all necessary documentation, including those which establish the chain of ownership of the original corporate creditor [*e.g. documents relating to a sale of company, purchase agreements and/or stipulation by prior and new owner as a right of ownership of funds*] and which substantiate claimant's right to the funds, are attached.

4. I [*or the business that I represent as claimant*] have neither previously received these funds nor contracted with any other party other than the person named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: December 2, 2015

_____
Brian J. Dilks,
Member and President of Dilks & Knopik, LLC

Sworn to and subscribed before me this  2nd  day of  December, 20 15.

_____
Notary Public
In and for the State of Washington
My Commission Expires: September 9, 2019

[Notary seal: ANDREW T. DRAKE, COMMISSION EXPIRES, NOTARY PUBLIC, 9-09-19, STATE OF WASHINGTON]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

IN RE:

CASE NO. 09-40966

Jennifer Ann Johansson

Debtor(s)

_____/

## HISTORY OF CLAIMANT

The original creditor did not receive the dividend check in the above case for the following reason:

Dilks & Knopik, LLC has purchased and has been assigned Claim Number 3 from California Recovery Systems, Inc. in the above referenced case, as evidenced by the Purchase Agreement & General Assignment labeled "Exhibit A" (Schedule 1, Page a, Line 3).

We previously requested to withdraw (Docket #87) an application for funds (Docket #86) due to the unclaimed fund amount listed for this claim being increased to $4,667.99 from the amount that we had submitted for ($2,867.54). Our motion to withdraw was granted (Docket #90). A new application for these funds was submitted to the court on 10/9/2015 (Docket #89) and we have received an Order Disapproving the Application (Docket #92). Our application was disapproved due to:

1. No documents attached to the Application show that Raymond Zak has authority to transfer the claim of California Recovery Systems to Dilks & Knopik, LLC; and
2. The Application states that Brian J. Dilks is a "Member" of Dilks & Knopik, LLC, but the Purchase Agreement and General Assignment list his as "President").

With this application we have included documentation of Raymond Zak's authority to transfer the claim as Director, Chief Operation Officer and Majority shareholder of California Recovery Systems, Inc. (Exhibit B, C and D). Owners of LLCs are known as "Members". Brian J. Dilks is a Member of Dilks & Knopik, LLC with the additional title of President (Exhibit E).

Dated: December 2, 2015

Dilks & Knopik, LLC
Brian J. Dilks, Member and President
35308 SE Center St,
Snoqualmie, WA 98065-9216
(425) 836-5728

State of Washington )
                    ) ss.
County of King      )

Before me, **Andrew T. Drake**, a notary public for said state, on this 2nd day of December, 20 15, personally appeared Brian J. Dilks, as Member and President who executed the within foregoing instrument on behalf of Dilks & Knopik, LLC, and acknowledged to me that he executed the same as his free and voluntary act and deed on behalf of said limited liability company for the uses and purposes therein set forth.

_____          [Seal]
Notary Public
My Commission Expires: September 9, 2019

