United States Bankruptcy Court
Northern District of Florida

In re:  
Jennifer Ann Johansson  
      Debtor

Case No. 09-40966-KKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1129-4      User: ldavis      Page 1 of 1      Date Rcvd: Dec 02, 2015
                      Form ID: pdf002   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2015.
db        +Jennifer Ann Johansson,    11440 West 44th Avenue,    Wheat Bridge, CO 80033-2560
op        +Dilks & Knopik, LLC,    35308 SE Center St,    Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2015               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2015 at the address(es) listed below:
      Thomas B. Woodward    on behalf of Debtor Jennifer Ann Johansson woodylaw@embarqmail.com
      United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                          TOTAL: 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

JENNIFER ANN JOHANSSON,            CASE NO.: 09-40966-KKS

Debtor.                            CHAPTER: 13
_____/

## ORDER DISAPPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. 89)

**THIS CAUSE**, having come before the Court on the Application for the Recovery of Unclaimed Funds (the "Application," Doc. 89) filed on October 9, 2015 by Dilks & Knopik, LLC, and having reviewed the file, and being otherwise fully advised in the premises;

It is **ORDERED**:

The Application for Payment of Unclaimed Funds (Doc. 89) is DISAPPROVED without prejudice for the following reason(s):

1. The Chapter 13 Trustee filed thirteen *Chapter 13 Trustee's Notice of Payment of Unclaimed Funds* (Docs. 49-55, 57-58, 60-63) listing checks issued to "CALIFORNIA RECOVERY SYSTEMS, INC."

2. The Application includes a Purchase Agreement, General Assignment, and Assignee's Bill of Sale that purport to transfer the claim of California Recovery Systems, Inc. to Dilks & Knopik, LLC. (*See* Doc. 89-1, at 1, 11, and 13.) These documents were signed by Raymond Zak as "Director" on behalf of California Recovery Systems, Inc. (*See* Doc. 89-1 at 9, 12-13.) No documents attached to the Application show that Raymond Zak had authority to transfer the claim of California Recovery Systems, Inc. to Dilks & Knopik, LLC, or to sign these documents on behalf of California Recovery Systems, Inc.

3. The Application states that Brian J. Dilks is a "Member" of Dilks & Knopik, LLC (Doc. 89,

1

at 1), but the Purchase Agreement and General Assignment list him as "President" (Doc. 89-1, at 9, 12).

**DONE and ORDERED** on ___December 2, 2015___.

KAREN K. SPECIE
U.S. Bankruptcy Judge

Copies to:
All parties in interest